UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KENDRICK WILLIAMS**                                    **CIVIL ACTION**

**VERSUS**                                                        **No. 09-6433**

**N. BURL CAIN, WARDEN, LSP**                     **SECTION I**

## JUDGMENT

Considering the record, the Court's order dismissing the petition with prejudice, and the law, for the reasons assigned,

**IT IS ORDERED** that the petition for *habeas corpus* filed by Kendrick Williams is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, July 8, 2011

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**