IN THE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUL 28 2011

LORETTA G. WHYTE
Clerk

| | | |
|---|---|---|
| KENDRICK WILLIAMS | * | CIVIL ACTION |
| VERSUS | * | NO: 09-6433 |
| BURL CAIN, WARDEN | * | SECTION "T" (6) |

## NOTICE OF APPEAL

NOTICE is hereby given that Kendrick Williams hereby appeals to the United States Court of Appeals for the Fifth Circuit, from the Order and Judgment entered in these proceedings on July 11, 2011.

Respectfully submitted,

Kendrick Williams

TENDERED FOR FILING

JUL 28 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF APPEAL** has been served on the attorney for the parish of Jefferson, State of Louisiana herein by mailing a copy of same, postage prepaid, this 28th day of July 2011 to:

Andrea F. Long
Assistant District Attorney
Parish of Jefferson
200 Derbigny Street
Gretna, Louisiana 70053

_____
Kendrick Williams

KENDRICK WILLIAMS
#486670 HICKORY FOUR UNIT
LOUISIANA STATE PENITENTIARY
ANGOLA, LOUISIANA 70712

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA 70130