UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDRICK WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-6433** |
| **N. BURL CAIN, WARDEN** | **SECTION "I"** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____  a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

__X__  a certificate of appealability shall not be issued for the following reason(s):

For the reasons expressed in this Court's prior opinion denying petitioner relief, the petitioner has failed to make a substantial showing of the denial of a constitutional right.

New Orleans, Louisiana, this 1st day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE