U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  NOV - 8 2011

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 11-30702
USDC No. 2:09-CV-6433

KENDRICK WILLIAMS,

                Petitioner-Appellant

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY,

                Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

    Kendrick Williams, Louisiana prisoner # 486670, moves for a certificate of appealability (COA) to challenge the district court's dismissal on the merits of his 28 U.S.C. § 2254 application challenging his conviction for second degree murder.

    A COA may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When a district court has rejected a constitutional claim on the merits, a COA will be granted only if the applicant "demonstrate[s] that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Williams has failed to make this showing.

    Williams's motion for a COA is DENIED.

                              /s/ Carl E. Stewart
                              CARL E. STEWART
                              UNITED STATES CIRCUIT JUDGE

A true copy
Attest  NOV 07 2011
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy